**Daniel L. Harralson, #109322**
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California  93729-6688
Telephone:  (559) 486-4560
Facsimile:  (559) 486-4320

**Attorney for Defendant: RUBEN CONTRERAS**

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUBEN CONTRERAS<br><br>    Defendant. | **Case No. 1:06CR00171-014 OWW**<br><br>**ORDER GRANTING EX PARTE MOTION TO EXONERATE PROPERTY BOND**<br><br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY ORDERED,** that the property bond in the amount of $300,000.00 is hereby exonerated.

1. Therefore a Deed of Reconveyance for The Deed of Trust, filed in Kings County and with document number 0803516, shall be executed and filed in the appropriate County Recorders Office; and

2.  A Deed of Reconveyance for The Deed of Trust, filed in Kern County and with document number 0208026986, shall be executed and filed in the appropriate County Recorders Office.

Dated: November 25, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger, Judge
United States District Court
Eastern District of California

**U.S. v. Contreras**
**Case No.   1:06CR00171-014 OWW**          **Order Granting Ex Parte Motion To Exonerate Property Bond**
Page 2

PDF created with pdfFactory trial version www.pdffactory.com